FILED
U.S. DISTRICT COURT

2017 SEP 19 P 3:42

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

JOHN W. HUBER, United States Attorney (#7226)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL SCOTT FRISCHKNECHT, Defendant. | FELONY INFORMATION<br><br>Vio. Count 1: 18 U.S.C. § 1957 (Money Laundering)<br><br>Case: **1:17-cr-00061**<br>Assigned To : **Kimball, Dale A.**<br>Assign. Date : **9/19/2017**<br>Description: **USA v. Frischknecht** |
|---|---|

The United States Attorney alleges that at all times relevant to this Felony Information:

**Count 1**
**18 U.S.C. § 1957**
**(Money Laundering)**

1. Defendant DANIEL SCOTT FRISCHKNECHT ("FRISCHKNECHT") was a resident of Davis County, in the District of Utah.

2. On or about May 8, 2017, in the Central Division of the District of Utah, and elsewhere,

**DANIEL SCOTT FRISCHKNECHT,**

defendant herein, did knowingly engage in a monetary transaction by through or to a financial

institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that was derived from the specified unlawful activity of Wire Fraud in violation of 18 U.S.C. § 1343, in that defendant FRISCHKNECHT caused $495,591.41 in proceeds held in his account at Mountain American Credit Union to be wire transferred to Title One, Inc. 1275 E. Fort Union Blvd. Ste. 100 in Salt Lake City, Utah for the purchase of a property located at 134 West 3100 South, Bountiful, Utah.

All in violation of 18 U.S.C. § 1957.

Dated this 18th day of September 2017.

JOHN W. HUBER
United States Attorney

_____
RUTH HACKFORD-PEER
JACOB J. STRAIN
Assistant United States Attorneys