JOHN W. HUBER, United States Attorney (#7226)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JACOB STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL SCOTT FRISCHKNECHT, Defendant. | Case No. 1:17-CR-61 WAIVER OF INDICTMENT Judge Dale A Kimball Magistrate Judge Brooke C. Wells |

I, DANIEL SCOTT FRISCHKNECHT, the above-named defendant, who is accused of a violation of 18 U.S.C. § 1957 (Money Laundering Spending Statute), being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of an Information.

Dated this 16th day of October, 2017.

_____
DANIEL SCOTT FRISCHKNECHT
Defendant

_____
NATHAN CRANE
Counsel for Defendant

_____
SCOTT YOUNG
Counsel for Defendant

Submitted before me this **18** day of **Oct**, 2017

_____
Brooke C. Wells
United States Magistrate Judge